■ WILLIAM KULASZEWSKI et al., Appellants, v CLINTON DISPOSAL SERVICES, INC., et al., Defendants, and RON MCMORRIS, Individually and Doing Business as R.J. MCMORRIS & SONS, Respondents. (Appeal No. 2.) [709 NYS2d 460] —Appeal unanimously dismissed without costs as moot (*see, Kulaszewski v Clinton Disposal Servs.*, 272 AD2d 855 [decided herewith]). (Appeal from Order of Supreme Court, Erie County, Sedita, Jr., J.—Summary Judgment.) Present—Pigott, Jr., P. J., Wisner, Scudder and Lawton, JJ.